

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00803-CR

**EX PARTE** Cesar David **DANIEL RAMON**

From the County Court, Kinney County, Texas
Trial Court No. 13995CR
Honorable Molly Francis, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 19, 2025.

_____
Rebeca C. Martinez, Chief Justice